IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY T. STAMMER<br><br>    Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION; EXECUTIVE TRUSTEE SERVICES, LLC; GMAC MORTGAGE; and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No.: 13-cv-00387 JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

    Now pending before the Court is Defendants' Motion to Dismiss, filed February 4, 2013. (Dkt. No. 7.) Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before March 27, 2013. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

    In addition, the Court hereby VACATES the hearing on the Motion to Dismiss set for March 21, 2013.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE