United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY T. STAMMER,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION;
EXECUTIVE TRUSTEE SERVICES, LLC;
GMAC MORTGAGE; and DOES 1-50,

    Defendants.

No. C 13-00387 JSW

**FINAL ORDER TO SHOW CAUSE**

Now pending before the Court is Defendants' motion to dismiss filed on February 4, 2013. On March 13, 2013, the Court, Magistrate Judge Jacqueline Scott Corley presiding, issued an order to show cause why this action should not be dismissed for failure to prosecute. The Court has received no submission from Plaintiff, either in response to the motion to dismiss or the order to show cause. Thereafter, this matter was reassigned to another district court judge and then transferred to the undersigned.

In order to make certain that Plaintiff has adequate notice of potential dismissal after transfer of this matter to three judges, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than May 13, 2013, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by that date shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY STAMMER,

        Plaintiff,

  v.

US BANK NATIONAL et al,

        Defendant.
                                        /

Case Number: CV13-00387 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Stammer
1515 San Ramon Way
Santa Rosa, CA 95403

Dated: May 1, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk