IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY T. STAMMER,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION; EXECUTIVE TRUSTEE SERVICES, LLC; GMAC MORTGAGE; and DOES 1-50,

    Defendants.

No. C 13-00387 JSW

**ORDER OF DISMISSAL**

On March 13, 2013, the Court, Magistrate Judge Jacqueline Scott Corley presiding, issued an order to show cause why this action should not be dismissed for failure to prosecute. The Court received no submission from Plaintiff, either in response to the motion to dismiss or the order to show cause. Thereafter, this matter was reassigned to another district court judge and then transferred to the undersigned.

In order to make certain that Plaintiff had adequate notice of potential dismissal after transfer of this matter to three judges, Plaintiff was ordered to show cause in writing no later than May 13, 2013, as to why this case should not be dismissed for failure to prosecute. Plaintiff was admonished that failure to respond to this Order by that date would result in dismissal of this matter without prejudice.

Again, the Court has not received any filing from Plaintiff. Accordingly, this matter is dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 3, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STAMMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>US BANK NATIONAL et al,<br><br>　　　　Defendant.　　　　　　／ | Case Number: CV13-00387 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jeffrey Stammer
1515 San Ramon Way
Santa Rosa, CA 95403


Dated: June 3, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3